Colleen Leboeuf
vs
Town of Palmer
Palmer Police Department
Scott Healy

Civil action

3:11cv30135-MAP

① Scott Healy is a Police officer employed by the town of Palmer he also works with drug task force and FBI

② Scott Healy was working with a Confidential Informant named ███████

③ I had a restraining order against Allen K Ostriff

④ After I got the restraining order against Allen K Ostriff he went to Scott Healy and told him that I was dealing drugs

⑤ Scott Healy then took the erronius information recieved by ███████ and obtained a wire tap on my phone and is recording every conversation I have they have video taped my car and my house.

⑥ All my privacy has been taking away to the point I don't even feel safe in my own home

⑦ This has been extremely stressful and this has been going on for the past Several months

①

8) I shouldn't continue to be victimized by someone I have a restraining order from by allowing him to use the police to do it

9) I don't even feel safe in my home all my privacy has been taking away

10) I went to the Palmer Police Station to complain about this which only made me more of a target.

11) I am afraid that they will splice the recordings any way they want to.

12) I was also working as a ▮▮▮▮ for the Monson Pd except I didn't slander someones name and run I actually made buys for them.

13) My life has been hell for the past 5 months I need to file this law suit to stand up for myself and say this is wrong before I find myself sitting in Jail for something I didn't do.

Colleen Leboeuf
Colleen Leboeuf