UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COLLEEN LEBOEUF, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 11-30135-JLT |
| | * | |
| TOWN OF PALMER, et al., | * | |
| | * | |
| Defendant. | * | |

ORDER

October 14, 2011

TAURO, J.

After reviewing Defendants' written submissions, this court hereby orders that Defendants' unopposed Motion to Dismiss [#5] is ALLOWED for all of the reasons in Defendants' Memorandum in Support of Motion to Dismiss [#6]. This case is CLOSED. IT IS SO ORDERED.

                                                     /s/ Joseph L. Tauro
                                        United States District Judge